```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

JOSE NUNEZ                                              PETITIONER

VS.                           CIVIL ACTION NO. 5:04cv227-DCB-JCS

CONSTANCE REESE, WARDEN                                 RESPONDENT

## FINAL JUDGMENT

This cause is before the Court on Magistrate Judge James C. Sumner's Report and Recommendation [**docket entry no. 12**], which recommends that the petitioner's Petition for a Writ of Habeas Corpus [**docket entry no. 1**] be dismissed without prejudice, and the Court having adopted the Report and Recommendation of even date herewith.  Accordingly,

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

SO ORDERED, this the 16th day of November, 2006.


                              S/DAVID BRAMLETTE
                              UNITED STATES DISTRICT JUDGE